

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-5-2005

# In Re: Cegan

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3807

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Cegan " (2005). *2005 Decisions.* Paper 166.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/166

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-3807

IN RE: DAVID J. CEGAN

DAVID J. CEGAN,
                                    Appellant
                    v.

LINDA CEGAN

Appeal from the United States District Court
for the Western District of Pennsylvania
(Civ. No. 03-cv-01876)
District Judge: Hon. Thomas M. Hardiman

Submitted pursuant to Third Circuit LAR 34.1(a)
Friday, September 23, 2005

Before: ROTH, McKEE and FISHER,
Circuit Judges

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this cased on October

17, 2005, be amended as follows:

Delete the last sentence of the first full paragraph on page 4,which reads
"David thus argues that the cash award was incident to the equitable
distribution award, and was therefore excepted from discharge under §
523(a)(5)" and replace with "David thus argues that the cash award was
incident to the equitable distribution award, and was therefore not excepted
from discharge under § 523(a)(5)."

BY THE COURT:

 /s/ Theodore A. McKee
Circuit Judge

Dated: December 5, 2005
DMM/cc: Stuart M. Levine, Esq.
          Donald R. Calaiaro, Esq.